Dismissed and Memorandum Opinion filed August 18, 2005









Dismissed and Memorandum Opinion filed August 18,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00256-CV

____________

 

JUAN JOSE MICHEL, Appellant

 

V.

 

DARDENELLA CHILDS, Appellee

 



 

On
Appeal from the County Civil Court at Law No. 4

Harris
County, Texas

Trial
Court Cause No. 816,110

 



 

M E M O R A N D U M  O
P I N I O N

This is a restricted appeal from a judgment signed September
2, 2004.  On April 21, 2005, this court
ordered the parties to mediation.  On
June 7, 2005, the court was advised the parties had fully resolved the issues
in the case.  Our mediation order
required the parties to filed a motion to dismiss the appeal within ten days
after the conclusion of successful mediation. 
No motion was filed.  Therefore,
on July 14, 2005, the court ordered the parties to file a motion to dismiss on
or before July 25, 2005.  In our order,
the court warned that failure to comply with the court=s order would result in dismissal of
the appeal.  No response was filed.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 18, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.